### RODRIQUEZ et al. v. STATE.
#### No. 20600.

Court of Criminal Appeals of Texas.

Nov. 22, 1939.

J. J. Duckett, of El Campo, for appellants.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The conviction is for felony theft; punishment assessed against Manuel Rodriquez and Rudolph Vasquez was ten years each in the penitentiary, and the penalty assessed against Victor Esponosa was two years in the penitentiary.

The indictment appears regular. The record is before us without statement of facts or bills of exception. No error of a fundamental nature has been presented.

The judgment is affirmed.

### THOMPSON v. STATE.
#### No. 20626.

Court of Criminal Appeals of Texas.

Nov. 29, 1939.

R. B. Gambill, of Denton, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for driving an automobile on a public highway while appellant was intoxicated, punishment being a fine of $50 and five days in jail.

The indictment charges the offense. No statement of facts or bills of exception appear in the record. In this condition no question is presented for review.

The judgment is affirmed.